

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-24-00126-CV |
| IN THE INTEREST OF | § | Appeal from the |
| L.R.P. and I.M., | § | 388th Judicial District Court |
| Minor Children. | § | of El Paso County, Texas |
| | § | (TC# 2021DCM2663) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's order requiring Appellant to pay court costs. We therefore reverse the order of the court below in accordance with this Court's opinion. We further order the trial court allow Appellant to proceed without payment of court costs. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JUNE 2024.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.